HENDERSON & LATHROP, INCORPORATED, and Another, Respondents, v. THE DEPARTMENT OF LABOR OF THE STATE OF NEW YORK and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LEOLA G. PASSETT, Administratrix, etc., of FREDERICK N. PASSETT, Respondent, v. FLORENCE WEIR, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE MITREFF and Another, Appellants.— Time for argument extended to include present term of court. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

NEW YORK LIFE INSURANCE COMPANY, Appellant, v. NICHOLAS J. E. WESSELMANN, Respondent.— Appeal dismissed unless appellant shall file and serve printed papers by September twenty-sixth, printed briefs by October tenth, and shall be ready for argument at opening of November term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

FREDERIC E. SUMMERVILLE, Respondent, v. OVERLAND-KNIGHT MOTORS, INCORPORATED, Appellant.— Appeal dismissed unless appellant shall be ready for argument at the opening of the November term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOSEPH L. O'HARA and Another, Appellants, v. MARY A. BOLAND, Respondent.— Motion to vacate order of dismissal denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOHN MELLERING, Appellant, v. JULIUS J. ROSENBLATT and Others, Respondents.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

WILLIAM A. SCHLOTTMAN and Others, Appellants, v. ISABELL L. SCHLOTTMAN, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JOSEPHINE STOLARSKI and Another, Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Probate of the Last Will and Testament of JOSEPH ANNA, Deceased.— Appeal dismissed unless appellants shall file and serve the printed papers on appeal by October fifteenth and printed briefs by October twenty-fifth. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

SAMUEL SILVERMAN, Appellant, v. ALBERT H. FRANKEL, Doing Business under the Assumed Name and Style of MAX FRANKEL COMPANY, Respondent.— Appeal dismissed unless appellant shall file and serve printed records and printed briefs by October tenth. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN RESTIVO, Appellant.— Appeal dismissed on the ground that such appeal cannot be taken to this court. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MICHAEL J. HUGHES, Appellant, v. GEORGE CLINTON, JR., and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.